IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | Civil Action No. 2:06-cv-00017-LED |
| YAHOO! INC., MICROSOFT | § | Jury Trial Demanded |
| CORPORATION, NAPSTER, INC., | § | |
| CREATIVE LABS, INC., | § | |
| DELL INC., GATEWAY, INC., IRIVER | § | |
| AMERICA, INC., SAMSUNG | § | |
| ELECTRONICS AMERICA, INC., | § | |
| TOSHIBA AMERICA CONSUMER | § | |
| PRODUCTS, L.L.C., DIGITAL | § | |
| NETWORKS NORTH AMERICA, INC., | § | |
| PALM, INC.,  AUDIOVOX | § | |
| COMMUNICATIONS CORP, SANDISK | § | |
| CORPORATION, THOMSON | § | |
| MULTIMEDIA | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered Plaintiff SoftVault Systems, Inc.'s Notice of Dismissal

as to all Defendants and is of the opinion that the Notice should be APPROVED.

Accordingly, it is ORDERED that

(1)     All claims presented by the Complaint shall be dismissed without

prejudice as to Plaintiff and all Defendants;

(2)     The Parties shall bear their own costs and attorney's fees.

**So ORDERED and SIGNED this 25th day of April, 2006.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**